IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        vs.<br><br>GABRIEL R. COLINDRES,<br><br>                        Defendant. | **8:23CR86**<br><br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Julie A. Frank to withdraw as counsel for the defendant, Gabriel R. Colindres (Filing No. 111).  Michael V. Severo has filed an entry of appearance as retained counsel for Gabriel R. Colindres.  Therefore, Julie A. Frank's motion to withdraw (Filing No. 111) will be granted.

Julie A. Frank shall forthwith provide Michael V. Severo any discovery materials provided to the defendant by the government and any such other materials obtained by Julie A. Frank which are material to Gabriel R. Colindres' defense.

The clerk shall provide a copy of this order to Michael V. Severo.

**IT IS SO ORDERED.**

Dated this 28th day of December, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge