IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DAVID LEIDERMANN, *et al.*,<br><br>            Defendants. | Case No. 8:23-cr-00086-BCB-SMB<br><br>**UNOPPOSED JOINT MOTION OF DEFENDANTS LEIDERMANN, THIBODO, BOWEN, BREGMAN, COLINDRES, JUSTIN GARRINGER AND WITTEMAN FOR AN EXTENSION OF THE DEADLINE FOR FILING PRETRIAL MOTIONS** |

    COME NOW Defendants David Leidermann, Eric Thibodo, Evan Bowen, Adam Ross Bregman, Gabriel R. Colindres, Justin Garringer and Tyler John Witteman, and, each by and through their attorneys of record, and for the following reasons move the Court for an order extending the time for filing pretrial motions by approximately ninety days to August 29, 2025:

    1.    The current deadline for each moving Defendant to file pretrial motions is May 30, 2025.

    2.    As set forth in previous pleadings, the discovery already produced by the Government to the moving Defendants is very voluminous, consisting of terabytes of data.

    3.    When Magistrate Judge Carson previously extended the deadline for the filing of pretrial motions to May 30, 2025, the Court stated that "[n]o further continuances will be granted absent a showing of exceptional good cause and without first requesting a hearing before the undersigned magistrate judge." Dkt. 371.  The Court also directed the Government to file any superseding indictment on or before March 31, 2025.  *Id.*

    4.    Since the date of the Court's previous order, the Government has filed a Third

Superseding Indictment. Although the new indictment appears to have been filed on March 18, 2025, the Defendants did not receive notice of the new pleading until April 17, 2025; the Third Superseding Indictment was unsealed by the Court on May 13, 2025.

5.  The Third Superseding Indictment adds three new Defendants, two of whom have yet to make an appearance in the District of Nebraska.

6.  Undersigned counsel are informed that the Government intends to produce to the defense additional, new discovery comprising approximately 1.5 terabytes of data—but it has not yet done so. *See* Dkt. 418.

7.  Although Defendants well understand the Court's desire to move this case toward trial, Defendants must again request that the motions date be continued, and submit that there is ample good cause for a continuance of approximately ninety days. *First*, before filing pretrial motions, Defendants must have an opportunity to review all discovery in this matter—and, as discussed, 1.5 terabytes of additional discovery apparently remains to be produced. *Second*, even if the moving Defendants were to file pretrial motions on May 30, 2025, the case could not proceed to trial because there are three additional new defendants, two of whom have not yet appeared in this Court, who will each need the opportunity to receive and review the voluminous discovery materials before they can file motions and proceed to trial. It will promote judicial efficiency to permit the new Defendants to catch up to the existing ones, so that all Defendants may proceed on the same schedule and file joint pretrial motions, if appropriate, rather than burdening the Court with repetitive filings, at different times, on behalf of separate Defendants.

8.  Counsel for the moving Defendants have contacted counsel for the Government about this motion, and counsel for the Government has indicated that the Government has no objection to a ninety-day extension of time.

9. Each of the Defendants whose attorneys have signed off on this joint motion is aware that such continuance will be excludable time for purposes of computing Speedy Trial Act deadlines.

10. Each of the attorneys whose name appears as a signatory to this motion has given written authority to the filer of this joint motion to file this joint motion on their and their client's behalf.

WHEREFORE, Defendants David Leidermann, Eric Thibodo, Evan Bowen, Adam Ross Bregman, Gabriel R. Colindres, Justin Garringer and Tyler John Witteman jointly pray for an order extending the time for filing pretrial motions to August 30, 2025. Pursuant to the Court's order, the moving Defendants request a hearing on this motion.

Dated: May 14, 2025                Respectfully submitted,

                                   David Leidermann

                                   */s/ James K. McGough*
                                   James K. McGough
                                   McGough Law, P.C.
                                   11920 Burt Street, Suite 100
                                   P.O. Box 540186
                                   Omaha, NE 68154
                                   (402) 614-8655
                                   Fax: (402) 884-6302
                                   Email: jmcgough@mcgoughlaw.com
                                   Counsel for Defendant David Leidermann

Eric Thibodo

*/s/ Raphael M. Goldman*
Raphael M. Goldman
Ted W. Cassman
Arguedas, Cassman, Headley & Goldman LLP
803 Hearst Avenue
Berkeley, CA 94710
Tel: (510) 845-3000
Fax: (510) 845-3003
Email: goldman@achlaw.com
Counsel for Defendant Eric Thibodo

Evan Bowen

*/s/ David M. Michael*
David M. Michael
MICHAEL AND BURCH LAW OFFICE
One Sansome Street
Suite 3500
San Francisco, CA 94104
415-946-8996
Fax: 877-538-6220
Email: david@michaelburchlaw.com
Counsel for Defendant Evan Bowen

Gabriel Colindres

*/s/ Michael V. Severo*
SEVERO LAW FIRM
301 North Lake Avenue
Suite 315
Pasadena, CA 91101
626-844-6400
Fax: 626-844-6446
Email: msevero@mvslaw.com
Counsel for Defendant Gabriel Colindres

4

Adam Ross Bregman

*/s/ Alyssa L. Silvaggi*
Alyssa L. Silvaggi
BLACK SREBNICK, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, FL 33131
305-371-6421
Fax: 305-358-2006
Email: asilvaggi@royblack.com
Counsel for Defendant Adam Ross Bregman

Justin Garringer

Brent M. Bloom
BRENT BLOOM LAW OFFICES
416 South 14th Street
Omaha, NE 68102
(402) 342-2833
Fax: (402) 345-4636
Email: ayogapractice@gmail.com
Counsel for Defendant Justin Garringer


Tyler John Witteman

*/s/ Michael J. Wilson*
Michael J. Wilson
BERRY LAW FIRM - OMAHA
1414 Harney Street
Suite 400
Omaha, NE 68102
402-466-8444
Fax: 402-466-1793
Email: michaelw@jsberrylaw.com
Counsel for Defendant Tyler John Witteman

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Thomas J. Kangior – Assistant United States Attorney

Brent M. Bloom – Attorney for Defendant Justin Garringer

David M. Michael – Attorney for Defendant Evan Bowen

Howard M. Srebnick – Attorney for Defendant Adam Ross Bregman

James K. McGough – Attorney for Defendant David Leidermann

Jeremy L. Ross – Attorney for Defendant Evan Bowen

Jerry M. Hug – Attorney for Defendant Richard Wesley Marshall

Michael V. Severo – Attorney for Defendant Gabriel Colindres

Ryan M. D'Ambrosio – Attorney for Defendant Evan Bowen

Stuart J. Dornan – Attorney for Defendant Eric Thibodo

Ted W. Cassman – Attorney for Defendant Eric Thibodo

Alyssa L. Silvaggi – Attorney for Defendant Adam Ross Bregman

Adam J. Sipple – Attorney for Defendant Michael Garringer

Michael J. Wilson – Attorney for Defendant Tyler John Witteman

Eric M. Hagen – Attorney for Chris Schmitt


*Raphael M. Goldman*
Raphael M. Goldman